UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
-------------------------------------------------------------------x
UNITED STATES OF AMERICA,          :

               Plaintiff,          :          **2:13-cv-14256-DLG**

-against-          :          **RESPONSE TO STATEMENT OF MATERIAL FACTS**

DAVID M. FISCHMAN,          :

               Defendant.          :

                         :
-------------------------------------------------------------------x

FILED by ____ D.C.

NOV 12 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

    Defendant David Fischman ("Fischman"), *pro se*, submits this response to the Plaintiff's Statement of Material Facts.

    1.    Fischman admits that he obtained student loans for the cost if his education, and states that he graduated from the New York College of Podiatric Medicine in 1989. Fischman is without knowledge as to the amounts of the promissory note referred to in Plaintiff's motion, or credits thereto, but avers that on November 19, 1998, certain scheduled student loan obligations were discharged in bankruptcy in the case of In re David Fischman, case no. 98-33832, which was commenced on July 17, 1998.

    2.    Fischman lacks knowledge to admit or deny paragraph 2 of the Plaintiff's statement as the Note and documents relating to Account 2010A87010 have not been produced.

    3.    Fischman lacks knowledge to admit or deny paragraph 3 of the Plaintiff's statement as the Note and documents relating to Account 2010A87010 have not been produced.

    4.    Fischman lacks knowledge to admit or deny paragraph 4 of the Plaintiff's statement as the Note and documents relating to Account 2010A87010 have not been produced.

5.      Fischman admits that "the government claims a balance on the Note" in the amount set forth in paragraph 5, but documents relating to the referenced account have not been produced.

Dated: Stuart, Florida
        November 11, 2013

                                        Respectfully submitted,

                                By: _____
                                        David M. Fischman, pro se
                                        6414 S.E. Ironwood Circle
                                        Stuart, Fl. 34997
                                        (561) 801-5768
                                        *Pro se Defendant*

To:

Steven M. Davis
Becker & Poliakoff, P.A.
121 Alhambra Plaza, 10th Floor
Coral Gables, Florida 33134
(305) 262-4433
*Attorneys for United States of America*

2