```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                         FT. PIERCE DIVISION
                  Case No. 13-14256-CIV-GRAHAM/LYNCH
```

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID M. FISCHMAN,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant, David M. Fischman's, Motion for Reconsideration [D.E. 20].

**THE COURT** has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

Defendant, David M. Fischman, filed a Motion to Reconsider the Court's previous ruling granting Plaintiff's Motion for Summary Judgment on November 19, 2013. [D.E. 20]. However, Defendant's Motion was styled as a Memorandum in Support of Motion for Reconsideration on the Court's electronic docketing system. Id. As such, the Court was not notified that Defendant's Motion required a ruling or was ripe for adjudication. Notwithstanding this docketing error, the Court is inclined to reconsider its previous ruling granting Plaintiff's Motion for Summary Judgment. Based thereon, it is hereby

1

**ORDERED AND ADJUDGED** that Defendant, David M. Fischman's, Motion for Reconsideration [D.E. 20] is **GRANTED**. It is further

**ORDERED AND ADJUDGED** that Plaintiff shall file its Reply to Defendant, David M. Fischman's, Response in Opposition to Plaintiff's Motion for Summary Judgment within ten (10) days from the entry of this Order. It is further

**ORDERED AND ADJUDGED** that the Court's previous Order granting Plaintiff's Motion for Summary Judgment [D.E. 19] is **VACATED**. It is further

**ORDERED AND ADJUDGED** that the Clerk of Court shall **REOPEN** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of May, 2014.

                                        s/ Donald L. Graham
                                        Donald L. Graham
                                        UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record